# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 22 WAL 2016

              Respondent   :

                             :   Petition for Allowance of Appeal from
                             :   the Order of the Superior Court

          v.   :

VITO PELINO,   :

              Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.